# In the United States District Court
# for the Southern District of Georgia
# Brunswick Division

| | |
|---|---|
| JOHN WILLIAMS,<br><br>    Plaintiff,<br><br>v.<br><br>EQUIFAX INC., EXPERIAN INFORMATION SOLUTIONS INC., and TRANSUNION LLC,<br><br>    Defendants. | CV 223–001 |

### ORDER

Plaintiff John Williams initiated this action by filing a complaint on January 3, 2023.  Dkt. No. 1.  On the same date, the Court notified Plaintiff that he had "sent neither a filing fee nor a completed 'Motion to Proceed In Forma Pauperis,'" and that the Clerk's Office cannot process his complaint without either a filing fee or an In Forma Pauperis motion.  Dkt. No. 2.  Further, the Court informed Plaintiff that he "must either pay the filing fee or submit a properly completed 'Motion to Proceed In Forma Pauperis' within 21 days from [January 3, 2023]," and "[f]ailure to comply . . . may result in dismissal by the Court."  Id.  Plaintiff has failed to submit either the filing fee or a Motion to Proceed In Forma Pauperis.  Indeed, Plaintiff has filed no response whatsoever.  Accordingly, this action is

**DISMISSED without prejudice.** The Clerk is **DIRECTED** to close this case.

**SO ORDERED,** this 14th day of February, 2023.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA