AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

JOHN WILLIAMS,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 2:23-cv-1

EQUIFAX INC., EXPERIAN INFORMATION SOLUTIONS INC., and TRANSUNION LLC,

    Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Order dated February 14, 2023, Plaintiff's complaint is dismissed without prejudice. This case stands closed.

Approved by: _____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

Date: February 14, 2023

John E. Triplett, Acting Clerk
Clerk

_____
(By) Deputy Clerk

GAS Rev 10/2020